IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNKNOWN,<br><br>    Defendant. | No. C 13-1057 LHK (PR)<br><br>ORDER *SUA SPONTE* GRANTING MOTION FOR EXTENSION OF TIME |

On March 7, 2013, Plaintiff, a state prisoner proceeding *pro se*, filed several documents which initiated this action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff notices informing him that he must file a complaint, and pay the filing fee or file an application to proceed in forma pauperis ("IFP") within twenty-eight days or the case would be dismissed. (Doc. Nos. 2, 3.) On April 4, 2013, the Court received the notices sent to Plaintiff back from the prison because the prison could not identify Plaintiff. (Doc. No. 4.) On April 15, 2013, the notices were resent to Plaintiff using the correct identifying information. Accordingly, the Court *sua sponte* **GRANTS** Plaintiff an extension of time in which to file a complaint, and pay the filing fee or file an IFP application. Plaintiff shall file the required documents within twenty-eight (28) days of the filing date of this order.

IT IS SO ORDERED.

DATED: 4/19/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time
G:\PRO-SE\SJ.LHK\CR.13\Smith057eotifp.wpd