| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY SMITH, | ) | No. C 13-1057 LHK (PR) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/5/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Smith057jud.wpd